IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **JAMES E. McWILLIAMS,** | } |
| Petitioner, | } |
| v. | } Case No.: 7:04-CV-2923-RDP-RRA |
| **DONAL CAMPBELL, COMMISSIONER OF THE ALABAMA DEPARTMENT OF CORRECTIONS, et al.,** | } |
| Respondents. | } |

### ORDER

In accordance with the memorandum opinion this day entered, the court enters the following orders.

First, the August 25, 2010, Memorandum Opinion (Doc. #75) that expressly addressed and denied Claims I, II, III, IV, XX, XXIII, XXV(a), XXV(b) and XXVIII of Petitioner's underlying habeas petition is **ADOPTED** and **INCORPORATED** into this Final Judgment as if fully set out herein.

Moreover, in accordance with the Eleventh Circuit's remand order, this court has carefully reviewed and considered *de novo* all the materials in the court file pertaining to all remaining claims, and all objections to those remaining claims as that term specifically is defined by the magistrate judge in his report and recommendation. This court determines that all of McWilliams's objections to all remaining claims are due to be and hereby overruled, and the Magistrate Judge's Report (Doc. #55) is due to be and is hereby **ADOPTED** and the Recommendation is **ACCEPTED**. Accordingly, McWilliams's Petition for Writ of Habeas Corpus (Doc. #1) and request for evidentiary hearing

(Doc. #17) are **DENIED IN THEIR ENTIRETY**.

Finally, McWilliams' Motion to Supplement the Pleadings (Doc. #84) is **DENIED**. The Clerk is **DIRECTED** to terminate the Motion.

The Clerk is **FURTHER DIRECTED** to enter judgment against McWilliams and to close this civil action.

**DONE** and **ORDERED** this ___17th___ day of April, 2013.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE